No. 02–8273. GARCIA *v.* TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 02–8274. DENT *v.* MCLEMORE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–8275. COOK *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8280. LEWIS ET AL. *v.* EMIGRANTS MORTGAGE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–8291. COMMODORE *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 02–8321. DANDRIDGE *v.* HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8328. DANIELS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8343. YELLEN *v.* MUELLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–8351. UKENI *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8367. DAVIS *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 02–8377. THAMES *v.* HARKLEROAD, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 02–8411. BUSH *v.* TRENT, WARDEN. Cir. Ct. Ohio County, W. Va. Certiorari denied.

No. 02–8419. DREW *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–8421. RICHARDS ET UX. *v.* VALLEY PONTIAC-BUICK-GMC, INC. Ct. App. Wash. Certiorari denied.